IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE MIKE PARTNERSHIP II | § | |
| | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  5:17-cv-1141-FB |
| | § | |
| GREAT LAKES REINSURANCE (U.K.) | § | |
| AND CLAIMS ADJUSTING GROUP, | § | |
| INC. | § | |
| | § | |
|    *Defendants.* | § | |

**ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE JUDGE OF THIS COURT:

The parties, through their counsel, file this joint Alternative Dispute Resolution report pursuant to Local Rule CV-88 and the Court's Scheduling Order [Dkt. 8]. The parties would show the Court as follows:

1. Status of settlement negotiations:   Plaintiff has provided a demand, but the parties have not otherwise engaged in any settlement negotiations. The parties intend on exchanging documents and conducting limited discovery, after which they plan on beginning informal settlement negotiations.

2. Identity of persons responsible for settlement negotiations for each party:

    a. Plaintiff:   Todd Lipscomb, counsel for Plaintiff;

    b. Defendants:   Les Pickett and William Abbott, counsel for Defendants.

3. The parties do not believe that this case is ready for alternative dispute resolution, but have agreed to reevaluate this position upon further completion of discovery or any rulings on dispositive motions. When alternative dispute resolution becomes appropriate, the parties

agree that mediation is the preferred method and have agreed to mediate before the close of discovery on May 29, 2018. The parties further represent that they will agree on a mediator and split mediation equally, with Plaintiff bearing one-half of the cost and Defendants bearing the other half.

        Respectfully submitted,

        */s/ William D. Abbott*
        Les Pickett (Lead Counsel)
          State Bar No. 15980520
        William D. Abbott
          State Bar No. 24087069

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile

**ATTORNEYS FOR DEFENDANT**

        **LOREE & LIPSCOMB**

        **BY:**   */s/ Todd Lipsomb*
              Todd Lipscomb
              The Terrace at Concord Park
              777 E. Sonterra Blvd., Suite 320
              San Antonio, Texas 78258
              (210) 404-1320 Telephone
              (210) 404-1310 Facsimile

        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been forwarded to the following known counsel of record via Electronic Court Filing on 27th day of February, 2018:

Todd Lipscomb
LOREE & LIPSCOMB
The Terrace at Concord Park
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258

                                        /s/ *William D. Abbott*
                                        Les Pickett
                                        William D. Abbott