IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE MIKE PARTNERSHIP II, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. SA-17-CA-1141-FB |
| GREAT LAKES REINSURANCE (U.K.) and CLAIMS ADJUSTING GROUP, INC., | § |
| Defendants. | § |

### *<u>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER</u>*

Before the Court is the Joint Motion to Modify Scheduling Order filed May 17, 2018 (docket #12), and a letter memorializing the parties' agreement pursuant to Rule 29 of the Federal Rules of Civil Procedure to extend the parties' discovery deadline filed May 17, 2018 (docket #13). Because significant discovery remains to be completed, and because the parties have agreed to mediate this case prior to completing additional discovery, the parties have agreed to extend the discovery deadline to June 22, 2018 (docket #13), and ask that the dispositive motions deadline be extended to August 27, 2018. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Modify Scheduling Order (docket #12) is GRANTED such that enumerated sections 6 and 7 of the Scheduling Order entered in this case on February 6, 2018 (docket #8), are amended as follows:

6. The parties shall complete all discovery on or before **June 22, 2018**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **August 27, 2018**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to 2**0** pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(f).

Except for the above listed changes, the remainder of the Scheduling Order remains in effect.

It is so ORDERED.

SIGNED this 18th day of May, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE